COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Francisco Chamul v. Amerisure Mutual Ins. Co.

Appellate case number:   01-14-00508-CV

Trial court case number:  2012-14219

Trial court:              190th District Court of Harris County

Appellant has notified the Court it does not feel the reporter's record is necessary to the resolution of this appeal, and will not be requesting the record. As such, the appellate record is complete and appellant's brief is due 30 days from the date of this order. *See* TEX. R. APP. P. 37.3(c); 38.6(a).

It is so ORDERED.

Judge's signature: ___/s/ Harvey Brown
                   X  Acting individually    ☐ Acting for the Court

Date:  November 13, 2014